JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEIGHTON,<br><br>        Petitioner,<br><br>vs.<br><br>LARRY SCRIBNER,<br><br>        Respondent. | Case No. CV 08-4552-GW (RNB)<br><br>**JUDGMENT** |

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 4, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE